# JACKSON GRIMSHAW

*v.*

# WALTER SCOGGAN.

TRIAL DE NOVO—*on appeal from county to circuit court.* Under the act to increase the jurisdiction of county courts (Laws of 1871–2), an appeal from the county court to the circuit court only brings in review the decision of the county court, and does not entitle the parties to a trial *de novo.*

APPEAL from the Circuit Court of Adams county; the Hon. JOSEPH SIBLEY, Judge, presiding.

Mr. JACKSON GRIMSHAW, *pro se.*

Mr. WALTER SCOGGAN, *pro se.*

Mr. JUSTICE SHELDON delivered the opinion of the Court:

The only question here presented is. whether, in the case of an appeal from the county court to the circuit court. under the "Act to increase the jurisdiction of county courts," Laws 1871–2, p. 325, a party has a right to a trial *de novo* in the circuit court. The third section of the act provides as follows: "Appeals and writs of error shall be allowed from the final judgments of the county court, in cases under this act, to the circuit court, to be taken and tried in the same manner as is now or may hereafter be provided by law for appeals and writs of error from the circuit court to the Supreme Court."

We see no room for any question, under the above language. It is plain that the appeal is to be tried in the same manner as one from the circuit to the Supreme Court. As the latter only brings in review the decisions of the lower court, and a trial *de novo* on such appeal is unknown in practice, so must it be with an appeal from the county to the circuit court.

Appellant was not entitled to a trial *de novo* in the circuit court.

The judgment is affirmed.          *Judgment affirmed.*